CONSOLIDATED FISHERIES COMPANY, a Corporation of the State of Delaware, Defendant Below, Appellant, v. JAMES O. MARSHALL, Treasurer of the Town of Lewes, Complainant Below, Appellee.

(*October* 14, 1944.)

HARRINGTON, Chancellor, RICHARDS, RODNEY and SPEAKMAN, J. J., sitting.

*Caleb R. Layton, 3d,* (of Hastings, Stockly and Layton) for Consolidated Fisheries Company.

*James M. Tunnell, Jr.,* (of Tunnell and Tunnell) for James O. Marshall, Treasurer of the Town of Lewes.

Supreme Court, September Session, 1944.

HARRINGTON, Chancellor.

The judgment in the Court below, 32 A. 2d 426, is affirmed.

The question was thoroughly discussed in the opinion filed in that court, and no further discussion seems necessary.